UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR09-0106 EMC |
| Plaintiff, | |
| v. | **PRETRIAL ORDER FOR CRIMINAL BENCH TRIAL** |
| PETER K. PENNINGTON, | |
| Defendant. | |
| _____/ | |

Trial will commence on August 4, 2009 from 9:30 a.m. to 1:00 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall exchange and provide to the Court one set of pre-marked trial exhibits and witness lists no later than three (3) court days before trial.

IT IS SO ORDERED.

Dated: May 11, 2009  _____
EDWARD M. CHEN
United States Magistrate Judge